IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **BARBARA PEEPLES,** | |
| Plaintiff, | Case No: 09-CV-1055 |
| vs. | **JURY TRIAL DEMANDED** |
| **WYETH, INC. and WYETH PHARMACEUTICALS INC.,** | |
| Defendants. | |

### ORDER

Upon due consideration, it is hereby **ORDERED** that Defendants' Consent Motion for Extension of Time to Answer is **GRANTED**. The time for Wyeth to answer or otherwise respond to the complaint is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished pursuant to 28 U.S.C. § 1407.

_____
United States District Court Judge

Copies to:
John Carey
Tiffany J. Marko
Harvey Kaplan
Angela Seaton
Julie R. Somora

3546559v1